IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LAWRENCE J. CORENO, SR.,

    Petitioner,

    v.                                   CASE NO. 2:05-cv-385

                                    JUDGE HOLSCHUH
JAMES ERWIN, Warden,              MAGISTRATE JUDGE ABEL

    Respondent.

## OPINION AND ORDER

On April 28, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

Date: June 5, 2006                                  **/s/ John D. Holschuh**
                                                            JOHN D. HOLSCHUH
                                                            United States District Judge